PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Marcel Simmons    Cr.: 02-00195-003
    PACTS #: 32283

Name of Judicial Officer:    THE HONROABLE ESTHER SALAS
    UNITED STATES DISTRICT JUDGE

Name of Sentencing Judicial Officer:    THE HONORABLE DENNIS M. CAVANAUGH
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/16/2006

Original Offense:    Count One: Racketeering Conspiracy 18 U.S.C. 1962

Original Sentence: 164 months imprisonment, 36 months supervised release, $5,000 fine, $100 Special Assessment

Special Conditions: DNA testing, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release    Date Supervision Commenced: 04/24/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    During a home visit on August 22, 2018, the offender submitted a urine sample which tested positive for marijuana. The offender admitted to having smoked the substance on August 18, 2018, and signed a Drug Admission Form.

Prob 12A – page 2
Marcel Simmons

U.S. Probation Officer Action:

This is the offender's first positive result for marijuana. The undersigned officer utilized the STARR skill of Effective Use of Disapproval, which allowed the offender to identify the short and long-term consequences of his decision and behavior to use marijuana. He was verbally reprimanded and advised that we will notify the Court of his noncompliance. We will continue to monitor the offender, increase urine surveillance, and apprize the Court of any further noncompliance. The probation office respectfully requests that Your Honor take no action at this time and sign this petition to serve as a formal judicial reprimand.

Respectfully submitted,

*Luis R Gonzalez*

By:  Gisella M. Bassolino
U.S. Probation Officer
Date:  08/23/2018

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be taken at this time. Petition to Serve as a Formal Judicial Reprimand (as recommended by Probation)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.
August 30, 2018
Date