PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Marcel Simmons                               Cr.: 02-00195-003
                                                               PACTS #: 32283

Name of Judicial Officer:            THE HONORABLE ESTHER SALAS
                                     UNITED STATES DISTRICT JUDGE

Name of Sentencing Judicial Officer: THE HONORABLE DENNIS M. CAVANAUGH
                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/16/2006

Original Offense:    Count One: Racketeering Conspiracy, 18 U.S.C. § 1962

Original Sentence: 164 months imprisonment, 36 months supervised release

Special Conditions: DNA testing, Financial Disclosure, New Debt Restrictions, $100 Special Assessment and $5,000 Fine

Type of Supervision: Supervised Release            Date Supervision Commenced: 04/24/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     During a home visit on September 28, 2020, Simmons submitted a urine sample which tested positive for marijuana. Mr. Simmons admitted to the undersigned the he smoked marijuana the beginning of September. Simmons stated he smoked marijuana in order to help sleep as he has been working crazy hours at work and has been unable to sleep at all.

U.S. Probation Officer Action:

This is the offender's third positive result for marijuana. He was verbally reprimanded and advised that we will notify the Court of his noncompliance. Simmons was referred to the Human Growth Center in Clifton, New Jersey for a substance abuse evaluation. We will continue to monitor his compliance, increase urine surveillance, and collaborate with his treatment provider to address his substance abuse issues. The probation office respectfully recommends that Your Honor take no Court action at this time and the signed petition will also serve as a formal judicial reprimand. We will apprize the Court of any further noncompliance.

Prob 12A – page 2
Marcel Simmons

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michelle A. Siedzik*

By: MICHELLE A SIEDZIK
U.S. Probation Officer

/ mas

APPROVED:

*Suzanne Golda-Martinez*     *10/20/2020*
SUZANNE GOLDA-MARTINEZ         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Katharine S. Hayden
U.S. District Judge

Date: 10/22/2020