PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Marcel Simmons

Cr.: 02-00195-003
PACTS #: 32283

Name of Judicial Officer:      THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Name of Sentencing Judicial Officer:      THE HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/16/2006

Original Offense:      Count One: Racketeering Conspiracy, 18 U.S.C. § 1962

Original Sentence: 164 months imprisonment, 36 months supervised release

Special Conditions: DNA testing, Financial Disclosure, New Debt Restrictions, $100 Special Assessment and $5,000 Fine

Type of Supervision: Supervised Release      Date Supervision Commenced: 04/24/2018

### STATUS REPORT

Mr. Simmons currently resides in Jersey City, New Jersey, and he is currently employed with Sims Metal Management located in Jersey City, New Jersey. To date, he has paid $4,517.53 towards his fine balance. It should be noted that the offender is currently enrolled in the Treasury Offset Program and that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any outstanding criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Simmons's term of supervision to expire as scheduled on April 23, 2021.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michelle A. Siedzik*

By:    MICHELLE A SIEDZIK
U.S. Probation Officer

/ mas

Prob 12A – page 2
Marcel Simmons

APPROVED:

_____ *For SGM*     **3/31/2021**
SUZANNE GOLDA-MARTINEZ                        Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time – Supervision to Expire on April 23, 2021.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

Hon. Esther Salas, U.S.D.J.

_____
Date